**DALE A. BLICKENSTAFF - #40681**
Attorney At Law
7081 N. Marks Avenue, # 104
Fresno, California 93711
(559) 389-0239 Telephone
(559) 436-0207 Facsimile
Email: dabnabit74@gmail.com

Attorney for Defendant,
JOSE LUIS ROBLEDO CARRANZA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: 1:19-CR-00007 |
|---|---|---|
| Plaintiff, | ) ) ) | **ORDER GRANTING APPLICATION TO BE RELIEVED AS COUNSEL** |
| vs. | ) ) | |
| JOSE LUIS ROBLEDO CARRANZA, | ) ) ) | |
| Defendants. | ) | |

It is hereby ordered that Dale Blickenstaff be relieved as counsel in this case and that attorney Stephen Crawford be appointed as new counsel.

IT IS SO ORDERED.

Dated:   **March 31, 2021**         /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE