PHILLIP A. TALBERT
United States Attorney
KATHERINE E. SCHUH
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00007-JLT-BAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING; ORDER |
| v. | |
| JOSE LUIS ROBLEDO CARRANZA, | |
| Defendant. | |

**STIPULATION**

1. The government, by and through United States Attorney Phillip A. Talbert and Assistant United States Attorney Katherine E. Schuh, and the defendant JOSE LUIS ROBLEDO CARRANZA, by and through his counsel of record, Steven Crawford, hereby stipulate as follows.

2. Sentencing in this matter is currently set for June 24, 2022 at 9:00 am before the Honorable Jennifer L. Thurston.

3. The defense requests more time to prepare for the sentencing hearing, and the parties respectfully request that the sentencing hearing be continued to August 5, 2022.

4. The parties request that all dates related to the preparation of the presentence report be adjusted accordingly.

IT IS SO STIPULATED.

Dated: May 2, 2022

PHILLIP A. TALBERT
United States Attorney

/s/ Katherine E. Schuh
KATHERINE E. SCHUH
Assistant United States Attorney

Dated: May 2, 2022

/s/STEVEN CRAWFORD
STEVEN CRAWFORD
Counsel for Defendant
JOSE LUIS ROBLEDO
CARRANZA

**ORDER**

IT IS SO FOUND.

IT IS SO ORDERED.

Dated: **May 5, 2022**

UNITED STATES DISTRICT JUDGE